**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Washington Nationals Baseball Club, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>Westchester Fire Insurance Co., )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:13-cv-01214-RBW<br>Assigned to: Judge Walton |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of plaintiff Washington Nationals Baseball Club, LLC against defendant Westchester Fire Insurance Co. be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully Submitted,

By /s/ *Liam J. Montgomery*
Dane Butswinkas, Esq. (D.C. Bar 425056)
Liam J. Montgomery, Esq. (D.C. Bar 991205)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005

*Attorneys for Plaintiff Washington Nationals Baseball Club, LLC*

Dated April 30, 2014

By /s/ *Alan Joaquin*
Alan Joaquin, Esq. (D.C. Bar 446276)
Brianna Silverstein, Esq. (D.C. Bar 997831)
Drinker, Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC  20005-1209

*Attorneys for Defendant Westchester Fire Insurance Co.*

Dated April 30, 2014

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 30th day of April, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  Alan Joaquin, Esq.
  Brianna Silverstein, Esq.
  Drinker, Biddle & Reath LLP
  1500 K Street, N.W.
  Washington, DC  20005-1209
  (202) 230-5136
  Alan.Joaquin@dbr.com
  Brianna.Silverstein@dbr.com

          /s/ *Liam J. Montgomery*
          Liam J. Montgomery